## Gretchen E. Moore

**From:** Mullen, Mark <MMullen@cozen.com>
**Sent:** Friday, July 8, 2016 5:52 PM
**To:** Gretchen E. Moore
**Subject:** Re: Gillis
**Attachments:** image001.png

Gretchen, it was nice speaking with you as well. I understand that we have no Subrogation rights until Mr Gillis ha been pid by State Auto. Your statement that the insured must be made whole before our Subrogation rights can be asserted is incorrect. I will be happy to send you the controlling law in Pennsylvania if you need to see it. For some reason lawyers in the Western part of the state seem to have a different understanding. We are dealing with s property claim here and the defendant has plenty of insurance and/or assets. I will be in Tuesday.

I look forward to working with you but under Pennsylvania law State Auto controls the Subrogation claim and has retained us. We will not be responsible for your fees and you have no control over the Subrogation claim.

Have a nice weekend.

Sent from my iPhone

On Jul 8, 2016, at 4:12 PM, Gretchen E. Moore <gmoore@smgglaw.com> wrote:

> Dear Mark,
>
> It was nice to meet you over the phone yesterday. As you know, David Strassburger and I recently entered this matter on behalf of the Gillis Family. We are looking forward to reviewing the policy and adjustment from State Auto and hopefully coming to terms on the first party insurance.
>
> You made a statement yesterday about getting your (State Auto) money directly from Spectra through subrogation. I may have misunderstood your statement, but I want to be clear that our clients haves the right to be made whole and we respectfully disagree that State Auto could step in and obtain any payment from Spectra on its own. State Auto cannot pursue a subrogation claim or receive payment for its own benefit from Spectra until the Gillis Family has been made whole by Spectra. And, of course, attorney fees and cost must be determined. Regardless, any meaningful discussions about settlement, subrogation, or litigation agreements are premature and we look forward to having those discussions with you at the appropriate time.
>
> Once we receive documents from Mr. Hunter demonstrating State Auto's full adjustment offer, we will get back to you or Mr. Hunter regarding a potential resolution of that claim.
>
> We look forward to working with you on this matter.
>
> The hawk will never die.
>
> Thanks,
> Gretchen

**Gretchen E. Moore** | *Shareholder*



PLAINTIFF'S EXHIBIT 2

&lt;image001.png&gt;
444 Liberty Avenue, Suite 2200 | Pittsburgh, PA 15222
(O) 412-281-5423 | (F) 412-281-8264
Website | vCard | Email | LinkedIn | Directions

**Confidentiality Notice:**
This message, together with any attachments, is intended for the addressee only. It may contain information which is legally privileged, confidential, or otherwise exempt from disclosure. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, use, or any action or reliance on this communication is not authorized by the sender. If you have received this e-mail in error, please notify the sender immediately by telephone at 412-281-5423 or by return e-mail. Please also delete this message, along with any attachments.

***Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.***