THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RANDY GILLIS and WENDY GILLIS, individuals, | CIVIL ACTION |
| Plaintiffs, | Case No.: 2:16-cv-01285-MRH |
| v. | |
| STATE AUTOMOBILE MUTUAL INSURANCE COMPANY, an Ohio Corporation, | |
| Defendant. | |

## ORDER

AND NOW, this _____ day of _____, 2017, upon consideration of

Plaintiffs' Complaint, Defendant's Motion to Dismiss and Plaintiffs' Response in Opposition, it is

hereby ORDERED that Defendant's Motion to Dismiss in DENIED.

BY THE COURT:

_____
Hornak, J.